FILED
RICHARD W. NAGEL
CLERK OF COURT

5/10/23

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:23-cr-43 |
| | : | Michael J. Newman |
| **Plaintiff,** | : | I N F O R M A T I O N |
| | : | |
| v. | : | 18 U.S.C. § 922(o) |
| | : | |
| **ADRIAN JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about July 28, 2022, in the Southern District of Ohio, defendant **ADRIAN JACKSON** knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

KENNETH L. PARKER
United States Attorney

*Brent G. Tabacchi*

BRENT G. TABACCHI
Assistant United States Attorney