```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION AT DAYTON
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:23CR43MJN |
| | : |
| Plaintiff, | : **JOINT MOTION FOR DEFENDANT TO** |
| | : **CHANGE PLEA** |
| vs. | : |
| | : |
| **ADRIAN JACKSON,** | : |
| | : |
| Defendant. | : |

The parties hereby move the Court to permit the defendant to change his or her plea in this matter.

```
                         KENNETH L. PARKER
                         United States Attorney


6/16/23                  S/Brent G. Tabacchi
DATE                     Brent G. Tabacchi
                         Assistant United States Attorney
                         200 West Second Street, Suite 600
                         Dayton, OH  45402
                         Phone: 937-225-2910
                         Email: brent.tabacchi@usdoj.gov
                         Attorneys for Plaintiff


6/16/23                  S/Chet Slicer
DATE                     Chet Slicer
                         Slicer Law, LLC
                         426 Patterson Road
                         Dayton, OH 45419
                         Phone: 937-223-1100
                         Email: cslicer3@aol.com
                         Attorney for Adrian Jackson
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was filed with the Court's CM/ECF filing system on June 16, 2023.

s/Brent G. Tabacchi
Brent G. Tabacchi
Assistant United States Attorney