UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:23-cr-43

vs.

ADRIAN M. JACKSON,                        District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25); AND (2) GRANTING THE JOINT MOTION FOR DEFENDANT TO CHANGE HIS PLEA (Doc. No. 21)**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court grant the joint motion for Defendant to change his plea and accept Defendant's guilty plea.  Doc. No. 25.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full and **GRANTS** the joint motion (Doc. No. 21).  The Court accepts Defendant's plea of guilty as to Count One of the Information, charging him with knowingly possessing a machinegun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).  Doc. No. 20 at PageID 43.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  July 17, 2023                                                s/ Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge