UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:23-cr-43

vs.

ADRIAN M. JACKSON, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RELEASE OF FUNDS (Doc. No. 39); AND (2) REQUIRING DEFENDANT'S COUNSEL TO FILE A NOTICE IDENTIFYING THE DETECTIVE(S) AND/OR OFFICE IN POSSESSION OF THE FUNDS**

---

Previously in this criminal case, the Court accepted Defendant's guilty plea to one count of possession of a machine gun and sentenced him to an eighteen-month term of imprisonment followed by a one-year term of supervised release. Doc. No. 37. The case is before the Court on Defendant's motion, through counsel, for return of $15,000.00 seized from him at the time of his arrest. Doc. No. 39.

Defendant's counsel explains there have been no forfeiture proceedings concerning these funds, and the Government does not oppose the motion. *Id*. at PageID 147. Further, Defendant's counsel "represents that he spoke with the detectives involved with this matter, and they indicated that upon receiving an Order from the Court, they would release the funds immediately." *Id*. The motion does not identify the detective(s) or office in possession of the funds.

For good cause shown, and in the absence of opposition by the Government, Defendant's motion is **GRANTED**. Defendant's counsel **SHALL FILE** a notice identifying the detective(s) and/or office in possession of the funds he seeks to recover.

**IT IS SO ORDERED.**

August 3, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge